**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 4:26-CR-11-CDL** |
| | : | |
| **EMMA BRADSHAW and** | : | |
| **LADARRION MCCRAY,** | : | |
| | : | |
| **Defendants.** | : | |

_____

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DECLARE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B) AND TO CONTINUE THE CASE**

Before the Court is the Government's Unopposed Motion to Continue Trial, Declare Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B), Extend Deadlines in the Standard Pretrial Order, and Specially Set the Trial.  In its Motion, the Government represents that additional time is needed due to the nature of the prosecution and that the case should be continued from the Court's upcoming September 2026 trial term. Counsel for the Defendants do not oppose the Government's Motion.

Having considered the matter, the Court agrees that the nature of the prosecution supports the parties' motion and justifies any delay in trial.

Pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii), the Court declares the case complex; the Court finds it serves the ends of justice to grant the requested extended discovery and Standard Pretrial Order deadlines and continuance from the Court's September 2026 trial term to allow the Government adequate time to fulfill its discovery obligations.  The ends of justice served by granting the extension and continuance outweigh the interests of the Defendants and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective

preparation and could result in a miscarriage of justice.  Thus, the Government's Unopposed Motion is **GRANTED**, and **IT IS HEREBY ORDERED** that the deadline for service of discovery material in this case be extended until September 23, 2026**,** and that this case be continued from the September 2026 trial term and set for the September 2027 trial term.  The delay occasioned by this continuance shall be excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h).  The final pretrial conference will be rescheduled for some time prior to the September 2027 trial term.

SO ORDERED, this _24th day of July, 2026.

S/Clay D. Land
CLAY D. LAND
U. S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA